

Automotive › Exterior Accessories › Emblems






Click to see full view

**Ask Rufus**

Can it be painted?   Is installation easy?

Is this emblem weatherproof?   **Ask something else**

## set OEM Rear Tailgate Emblems Nameplate IKMEN Replacement for 2019-2025 Sierra 1500 2500HD 3500HD Badges,2021-2025 Canyon 84364369 Gloss (All Glossy Black)

Brand: gyfass

5.0 ★★★★★ (2)   |   Search this page

**$59**⁹¹

~~Or **$11.06**/mo (6 mo). Select from 1 plan~~

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

| | |
|---|---|
| **Color** | Tailgate All Gloss Black |
| **Brand** | gyfass |
| **Exterior Finish** | Black |
| **Vehicle Service Type** | Truck |
| **Auto Part Position** | Rear |
| **Customer Reviews** | 5.0 ★★★★★ (2)<br>5.0 out of 5 stars |

🔲 **Material**
Plastic

🔳 **Fit Type**
Vehicle Specific

See all product information ›

### About this item

- 100% brand 3D new and High quality,Package Include one set Tailgate ebmlem.
- This is Real 3D emblem and NOT just a thin stickers, Not overlay emblem.
- Whole Emblem Size: About 18" long *3 1/4" tall,Individual letters:G:5 3/5"*3 1/4",M:6 1/4"*3 1/4",C:5 3/5"*3 1/4"
- The Tailgate emblems can stick on your car strongly and last on for a long time,Comes with adhesive on the back, just peel and stick it on your vehicle. Installation:Please use detergent or alcohol to wipe the place where you need to stick ,and keep clean and dry. it will be fine.
- Universal Compatibility: Fits a wide range of vehicle makes and models, please verify fitment before purchasing. Fits: 2019-2025 Sierra 1500 (NOT FOR 2019 LIMITED), 2020-2025 Sierra 2500HD 3500HD, 2021-2025 Canyon

🗐 Report an issue with this product or seller



$59⁹¹

FREE delivery **June 24 – 30** to 60606. Details

Or fastest delivery **June 23 – 25**. Details

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from   Anthony Parts
Sold by    Anthony Parts
Returns    30-day refund/replacement
Payment   Secure transaction

⌄ See more

**Add to List**

## Frequently bought together



+



Total price: $83.82

[ Add both to Cart ]

These items are shipped from and sold by different sellers.
Show details

**This item:** set OEM Rear Tailgate Emblems Nameplate IKMEN Replacement for 2019-2025...
$59⁹¹

1pc 2019-2025 Big Sierra Emblem Rear Liftgate Letter Nameplate Badge 3D Compatib...
$23⁹¹

## Frequently purchased items with fast delivery












1pc 2019-2025 Big Sierra Emblem Rear Liftgate Letter Nameplate Badge 3D Compatible with Sierra 1500 2500HD...
⭐ 54
$23⁹¹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon

Generic Sierra 1500/2500 / HD 2019-2024 Front and Rear Overlay 6 PCS New Fresh Look Matte Black
⭐ 38
$55⁰⁰
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon

4pack Set 2019-2025 Emblems Denali DenaliHD Plus Sierra Letters Badges 3D...
⭐ 98
Amazon's Choice
$79⁹⁸
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon
Only 1 left in stock - order...

4Pcs Kit 2019-2024 Sierra Denali Letters Emblems 1500 HD 2500 HD 3500 HD AT4 Nameplate Badge Replacement for Sierra...
$45⁰⁰
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon
Only 1 left in stock - order...

Zhizhong 4x4 Letter Logo Emblem, Rear Tailgate Badge Fits RAM 1500 2500 3500 2019 2020 2021 2022 2023 2024...
⭐ 33
$20⁸⁸
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon

2Pack X31 Off Road Emblem 84682662 Rear Bodyside Badge Nameplate Letter Replacement for 2019...
⭐ 9
$45⁹⁹
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon

## Based on your recent shopping trends

     

| PartsTo Limited Decal Emblem Plate Pre-Adhesive for Ford F150 Super Duty F250 F350 Ranger Lariat Side Fend... | HUAPX® 3D Metal Limited Emblem Badges,1Pack OEM Chrome Aluminum Alloy Badges Decal Suit for... | Metal Chrome Silver Limited Emblem Letter Badge Exterior Trim Decal for Toyota Camry Corolla RAV4 Tundra Highland... | 1x Limited Letter Car Side Rear Trunk Emblem 3D Badge Decals (Silver) | Chrome Limited Metal Emblem Badge Letter Plate Decal for Toyota Corolla Previa Tundra... | 2pcs Metal Limited Rear Tailgate Trunk Badge Sport Logo Emblem (Silver) |
|---|---|---|---|---|---|
| ★★★☆ 39 | ★★★★½ 288 | ★★★★½ 151 | | ★★★★☆ 159 | ★★★★★ 1 |
| $16⁹⁹ | $6⁹⁹ | $11⁹⁶ | $14⁹⁹ | Amazon's Choice | $12⁹⁹ |
| Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | $13⁹⁹ | Get it as soon as **Saturday, Jun 21** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 17 left in stock - order... | Get it as soon as **Saturday, Jun 21** FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

## Product Description

set OEM Rear Tailgate Emblems Nameplate Replacement for 2019-2025 Sierra 1500 2500HD 3500HD Badges,2021-2025 Canyon 84364369 Gloss ( All Glossy Black)

## What's in the box

- Comes with housing

## Compare with similar items

| This Item | Recommendations | | |
|---|---|---|---|
|  |  |  |  |
| set OEM Rear Tailgate Emblems Nameplate IKMEN Replacement for 2019-2025 Sierra 1500 2500HD 3500HD Badges,2021-2025 Canyon... | Pair 6.2L V8 Vent Emblem 3D Badge Left and Right Kit Replacement for 2019-2024 GMC Sierra GM 85160715 (Black Red, 6.2L V8) | Zcardon 3pcs 2019-2021 Elevation Emblems Door Tailgate Badge Replacement for Sierra 84682634 (Shiny Black) | 6Pcs Kits Sierra AT4 HD Overlay Emblems Door Rear Badge Compatible with 2019-2022 Sierra 1500 2500HD 3500HD (Black/Red) |
| Add to cart | Add to cart | Add to cart | Add to cart |
| **Price**    $59⁹¹ | $95⁹⁹ | $58⁹⁹ | $108⁹⁵ |

| | | | | |
|---|---|---|---|---|
| Delivery | Get it Jun 24 – 30 | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** |
| Customer Ratings | 5.0 ★★★★★ 2 | 3.6 ★★★☆☆ 25 | 4.6 ★★★★★ 44 | 3.8 ★★★★☆ 2 |
| Sold By | Anthony Parts | DFLCH | Spartan journey | NATUBAS |
| Compatible Vehicles | Truck | Truck | Truck | Truck |
| Material | Plastic | Acrylonitrile Butadiene Styrene | Acrylonitrile Butadiene Styrene | Acrylonitrile Butadiene Styrene, Plastic |
| Exterior Finish | Chrome | Chrome | Abs | ABS Plastic |
| Auto Part Position | rear | left | rear | rear |
| Fit Type | Vehicle Specific | Vehicle Specific | Universal | Vehicle Specific |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ



BeamTrack Rear Tail Lights Assembly Compatible with 2019 2020 2021 202…
3.9 ★★★★☆ 20
$62.99  Typical: $69.99



TOPINSTALL 2025 Foldable Sunshade Compatible with 22-25 Refreshed Che…
4.6 ★★★★★ 253
$24.99



Tailgate Handle Bezel Trim - Compatible with 1999-2007 Chevrolet Silverado…
4.6 ★★★★★ 2,722
$10.97



TOP-N Replac…
2.1 ★
$29.9…

## 🔦 Looking for specific info?

Ask Rufus or search reviews and Q&A  →

Can it be painted?  Is installation easy?  Is this emblem weatherproof?  Does it fit other truck models?

## Customer reviews

★★★★★   5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 2 customer ratings.

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

5



 **Secure checkout** ⌄ 

## Delivering to Jennifer Pickering                    Change

4234 W NATIONAL AVE, BURBANK, CA, 91505-4020, United
States

Add delivery instructions

## Paying with Mastercard 3591                    Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Try Prime Free**

 Jennifer, we're giving you Prime free for
30 days.

Get fast, FREE delivery, starting with eligible
items in this order and get the best of
shopping and entertainment by trying Prime
FREE for 30 days.

[ Try Prime free for 30 days ]

Cancel anytime.

---

**Arriving Jun 24, 2025 – Jun 30, 2025**

◉ **Tuesday, Jun 24 - Monday, Jun
30**
FREE Delivery

---

Congratulations Jennifer, you are
eligible for 30 days of Prime for $0!

[ Try Prime free ]

[ **Place your order** ]

By placing your order, you agree to Amazon's
privacy notice and conditions of use.

| | |
|---|---|
| Items: | $59.91 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $6.29 |
| **Order total:** | **$66.20** |

https://www.amazon.com/checkout/p/p-106-3117663-1182609/spc?pipelineType=Chewbacca&hasWorkingJavascript=1                    1/3



set OEM Rear Tailgate
Emblems Nameplate IKMEN
Replacement for 2019-2025
Sierra 1500 2500HD 3500HD
Badges,2021-2025 Canyon
84364369 Gloss (All Glossy
Black)
**$59.91**

Ships from Anthony Parts

Sold by Anthony Parts

 1 +

Gift options not available

○ **Tuesday, Jun 24 - Thursday, Jun 26**
$5.00 - Delivery

○ **Monday, Jun 23 - Wednesday, Jun 25**
$9.10 - Delivery

**Place your order**

**Order total: $66.20**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

English

United States

Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

9



Automotive › Exterior Accessories › Emblems





Click to see full view

### set OEM Front Grille Emblems Nameplate IKMEN Replacement for 2019-2025 Sierra 1500 2500HD 3500HD,2021-2025 Yukon Badges,2023-2025 Canyon 87815663 (All Gloss Black)

Brand: gyfass

Search this page

50+ bought in past month

$55⁹¹

$**55**⁹¹

Or **$10.32** mo (6 mo). Select from 1 plan

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

| | |
|---|---|
| Color | Grille All Gloss Black |
| Brand | gyfass |
| Exterior Finish | Gloss Black |
| Vehicle Service Type | Truck |
| Auto Part Position | Front |



Material
Plastic

Fit Type
Vehicle Specific

See all product information ›

### About this item

- 100% brand 3D new and High quality,Package Include one set Grille ebmlem.
- This is Real 3D emblem and NOT just a thin stickers, Not overlay emblem.
- Whole Emblem Size: About 18" long *3 1/4" tall,Individual letters:G:5 3/5"*3 1/4",M:6 1/4"*3 1/4",C:5 3/5"*3 1/4"
- The Tailgate Emblems Kit can stick on your car strongly and last on for a long time,Comes with adhesive on the back, just peel and stick it on your vehicle. Installation:Please use detergent or alcohol to wipe the place where you need to stick ,and keep clean and dry. it will be fine,
- Universal Compatibility: Fits a wide range of vehicle makes and models, please verify fitment before purchasing. Fits: 2019-2025 Sierra 1500 (NOT FOR 2019 LIMITED) 2020-2025 Sierra 2500HD 3500HD ,2023-2025 Canyon ,2021-2025 Yukon Yukon XL

Report an issue with this product or seller



$**55**⁹¹

FREE delivery **June 24 - 30** to 60606. Details

Or fastest delivery **June 23 - 25.** Details

Only 10 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

Ships from   Anthony Parts
Sold by   Anthony Parts
Returns   30-day refund/replacement
Payment   Secure transaction

See more

Add to List

♥ Ask Rufus

Can it be painted?   Is installation easy?

Does it come with adhesive?   Ask something else

## Buy it with

 +  + 

Total price: **$128.89**

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** set OEM Front Grille Emblems Nameplate IKMEN Replacement for 2019-2025...
$55⁹¹

4Pcs Front & Rear LED Side Marker Light Compatible with Sierra 2500HD 3500HD 2020-...
$56⁹⁹

Rexka 51pcs Fender Flare Rocker Panel Moulding Clip 11547581 for GM Chevy Buick Cadillac G...
$15⁹⁹

## Frequently purchased items with fast delivery ⋮



Generic Sierra 1500/2500 / HD 2019-2024 Front and Rear Overlay 6 PCS New Fresh Look Matte Black
★★☆☆☆ 38
$55⁰⁰
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon



4pack Set 2019-2025 Emblems Denali DenaliHD Plus Sierra Letters Badges 3D...
★★★★☆ 98
**Amazon's Choice**
$79⁹⁸
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon



4Pcs Kit 2019-2024 Sierra Denali Letters Emblems 1500 HD 2500 HD 3500 HD AT4 Nameplate Badge Replacement for Sierra...
★★★★½ 12
$45⁰⁰
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon
Only 1 left in stock - order...

Generic 3-PC Sierra Badge Emblem in Gloss Black Finish for GMC Yukon & Sierra 2019-2024 Models - Suitable...
$39⁰⁰
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon
Only 12 left in stock - order...



1 OEM Grille Z71 Front Emblem 3D Badge Compatible with 2019-2025 Silverado Tahoe Suburban RST 1500 HD...
★★★★☆ 174
$26⁹¹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon
Only 20 left in stock - order...



2Pack X31 Off Road Emblem 84682662 Rear Bodyside Badge Nameplate Letter Replacement for 2019...
★★★★★ 9
$45⁹⁹
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon

## Based on your recent shopping trends ⋮

11







| | | | | | |
|---|---|---|---|---|---|
| PartsTo Limited Decal Emblem Plate Pre-Adhesive for Ford F150 Super Duty F250 F350 Ranger Lariat Side Fend… | HUAPX® 3D Metal Limited Emblem Badges,1Pack OEM Chrome Aluminum Alloy Badges Decal Suit for… | Metal Chrome Silver Limited Emblem Letter Badge Exterior Trim Decal for Toyota Camry Corolla RAV4 Tundra Highland… | 1x Limited Letter Car Side Rear Trunk Emblem 3D Badge Decals (Silver) | Chrome Limited Metal Emblem Badge Letter Plate Decal for Toyota Corolla Previa Tundra… | 2pcs Metal Limited Rear Tailgate Trunk Badge Sport Logo Emblem (Silver) |
| ★★★½ 39 | ★★★★½ 288 | ★★★★½ 151 | $14⁹⁹ | ★★★★☆ 159 | ★★★★★ 1 |
| $16⁹⁹ | $6⁹⁹ | $11⁹⁶ | Get it as soon as **Saturday, Jun 21** | Amazon's Choice | $12⁹⁹ |
| Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | FREE Shipping on orders over $35 shipped by Amazon Only 17 left in stock - order… | $13⁹⁹ | Get it as soon as **Saturday, Jun 21** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | | Get it as soon as **Saturday, Jun 21** | FREE Shipping on orders over $35 shipped by Amazon |
| | | | | FREE Shipping on orders over $35 shipped by Amazon | |

## Product Description

set OEM Front Grille Emblems Nameplate Replacement for 2019-2025 Sierra 1500 2500HD 3500HD,2021-2025 Yukon Badges ,2023-2025 Canyon 87815663 ( All Gloss Black)

## What's in the box

- Comes with housing

## Compare with similar items

**This Item**

**Recommendations**






| This Item | | | |
|---|---|---|---|
| set OEM Front Grille Emblems Nameplate IKMEN Replacement for 2019-2025 Sierra 1500 2500HD 3500HD,2021-2025 Yukon… | 4Pc Set Denali Yukon Emblems Fender Door Rear Tailgate Letters Nameplate 3D Badge Replacement for 2021-2023 Yukon Yukon XL… | OEM NEW Grille and Liftgate GMC Emblems Black w/Chrome Trim 15-19 Yukon 84395036 | Compatible with 2007-2025 Gmc Sierra only pre-Cut (Domed) Vinyl Emblem Overlays: Gloss Black (2019-2025 1500 Rear) |
| Add to cart | Add to cart | Add to cart | Add to cart |

| | | | | |
|---|---|---|---|---|
| Price | $55⁹¹ | -29% $56⁹⁹<br>Typical: $79.99 | $174⁹⁸ | $27⁹⁹ |
| Delivery | Get it Jun 24 - 30 | Get it as soon as **Saturday, Jun 21** | — | Get it Jun 23 - 25 |
| Customer Ratings | — | 4.0 ★★★★☆ 14 | 4.7 ★★★★★ 12 | 4.2 ★★★★☆ 21 |
| Sold By | Anthony Parts | ZhenFAitems | GM Parts Authority | U.S.A. Emblem Overlays |
| Compatible Vehicles | Truck | Truck | Car | Truck |
| Material | Plastic | Acrylonitrile Butadiene Styrene | Chrome | polyurethane |
| Exterior Finish | Chrome | Chrome | Chrome | Glossy |
| Auto Part Position | front | rear | unknown | center |
| Fit Type | Vehicle Specific | Vehicle Specific | Vehicle Specific | Vehicle Specific |

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Similar brands on Amazon

Sponsored ⓘ



Car Seat Covers for GMC Sierra 2500 2000-2025, Stylish Sport Seat Cover,…
$126.88



3W Floor Mats Fit for 2019-2024 2025 Chevy Silverado/GMC Sierra Denali 15…
4.7 ★★★★☆ 907
$134.99



XIAOPYO Car Seat Covers Fit for KIA K5 2021-2025, Leather Seat Covers for Ca…
$129.00



GDSZ
GMC S
3.5 ★
$129

## ⚲⁺ Looking for specific info?

( Ask Rufus or search reviews and Q&A        → )

Can it be painted?    Is installation easy?    Does it come with adhesive?    Is this emblem weather resistant?

Does it fit all Sierra models?

## Customer reviews

**No customer reviews**

5 star    ▭ 0%
4 star    ▭ 0%
3 star    ▭ 0%
2 star    ▭ 0%
1 star    ▭ 0%

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

---

Back to top

**Get to Know Us**

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**

Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

14



 **Secure checkout** ⌄ 

## Delivering to Jennifer Pickering    Change

4234 W NATIONAL AVE, BURBANK, CA, 91505-4020, United States

Add delivery instructions

## Paying with Mastercard 3591    Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Try Prime Free**

 Jennifer, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

[ Try Prime free for 30 days ]

Cancel anytime.

**Arriving Jun 24, 2025 – Jun 30, 2025**

◉ **Tuesday, Jun 24 - Monday, Jun 30**
FREE Delivery

---

Congratulations Jennifer, you are eligible for 30 days of Prime for $0!

[ Try Prime free ]

[ Place your order ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $55.91 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $5.87 |
| **Order total:** | **$61.78** |

16



set OEM Front Grille Emblems Nameplate IKMEN Replacement for 2019-2025 Sierra 1500 2500HD 3500HD,2021-2025 Yukon Badges,2023-2025 Canyon 87815663 (All Gloss Black)

**$55.91**

Ships from Anthony Parts

Sold by Anthony Parts

 1 

Gift options not available

⚪ **Tuesday, Jun 24 - Thursday, Jun 26**
$5.00 - Delivery

⚪ **Monday, Jun 23 - Wednesday, Jun 25**
$9.10 - Delivery

**Place your order**

**Order total: $61.78**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

English ⇕    United States    Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✓✕

© 1996-2025, Amazon.com, Inc. or its affiliates



Automotive › Exterior Accessories › Emblems





Click to see full view



👋 Ask Rufus

[ Can it be painted? ]   [ Is installation easy? ]

[ Does it come with instructions? ]   [ Ask something else ]



## Set OEM Grille Front Badge Emblems Nameplate fits IKMEN Replacement for 2019-2025 Sierra 1500 2500HD 3500HD,2021-2024 Yukon Badges,2023-2025 Canyon 87815663 Gloss (Chrome with Black)

Brand: gyfass

Search this page

$65⁹⁵

Or **$12.18** mo (6 mo). Select from 1 plan

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa.

| | |
|---|---|
| Color | Front Chrome with Black |
| Brand | gyfass |
| Exterior Finish | Chrome with black |
| Vehicle Service Type | Truck |
| Auto Part Position | Front |

🗍 **Material**         ⊞ **Fit Type**
Plastic                          Vehicle Specific

See all product information ❯

### About this item

- 100% brand 3D new and High quality,Package Include one set Grille ebmlem.
- This is Real 3D emblem and NOT just a thin stickers, Not overlay emblem.
- Whole Emblem Size: About 18" long *3 1/4" tall,Individual letters:G:5 3/5"*3 1/4",M:6 1/4"*3 1/4",C:5 3/5"*3 1/4"
- The Tailgate Emblems Kit can stick on your car strongly and last on for a long time,Comes with adhesive on the back, just peel and stick it on your vehicle. Installation:Please use detergent or alcohol to wipe the place where you need to stick ,and keep clean and dry. it will be fine,
- Universal Compatibility: Fits a wide range of vehicle makes and models, please verify fitment before purchasing. Fits: 2019-2025 Sierra 1500 (NOT FOR 2019 LIMITED) 2020-2025 Sierra 2500HD 3500HD ,2023-2025 Canyon ,2021-2025 Yukon Yukon XL

⚠ Report an issue with this product or seller

$65⁹⁵

FREE delivery **June 24 – 30** to 60606. Details

Or fastest delivery **June 23 - 25**. Details

Only 10 left in stock - order soon.

Quantity: 1

[ Add to Cart ]

[ Buy Now ]

| | |
|---|---|
| Ships from | Anthony Parts |
| Sold by | Anthony Parts |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

[ Add to List ]

**Buy it with**

 +  + 

Total price: $128.86

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.
Show details

**This item:** Set OEM Grille Front Badge Emblems Nameplate fits IKMEN Replacement for 2019-…
$65⁹⁵

1pc 2019-2025 Big Sierra Emblem Rear Liftgate Letter Nameplate Badge 3D Compatib…
$23⁹¹

Generic 3-PC Sierra Badge Emblem in Gloss Black Finish for GMC Yukon & Sierra 2019-202…
$39⁰⁰

## Based on your recent views   Sponsored ⓘ

     

| | | | | | |
|---|---|---|---|---|---|
| 1 OEM Front Grille Emblems Nameplate Replacement for 2019-2025 Sierra 1500… ★★★★★ 1 $57⁹⁸ | 2pack OEM 2019-2025 Grille And Rear Tailgate Emblem Kit Compatible with 86539816 20… ★★★★★ 2 $98⁸¹ | 4Pcs New Doors Rear AT4X Nameplate 3D Emblems Badge Replacement for 2023… $129⁹⁹ ✓prime | 1pc 2019-2025 Big Sierra Emblem Rear Liftgate Letter Nameplate Badge 3D… ★★★★½ 54 Amazon's Choice $23¹¹ ✓prime | 1x Fits Acadia Front Door or Rear Liftgate Fender Sticker 3D Badge Nameplate Logo E… ★★★★☆ 3 $18⁹⁹ ✓prime | 4PCS Matte Black Denali Sierra Emblems Letters Compatible with 2019-2024 Sierra 150… ★★★★★ 2 $72⁵⁰ ✓prime |

2014-15 Silverado Grille Emblem, USA Flag (Black)
★★★★★ 1
$139⁹⁵
✓prime

---

## Frequently purchased items with fast delivery                                                                    ⋮











Generic Sierra 1500/2500 / HD 2019-2024 Front and Rear Overlay 6 PCS New Fresh Look Matte Black

★★★☆☆ 38

$55⁰⁰

Get it as soon as **Saturday, Jun 21**

FREE Shipping by Amazon

Generic 1PC Chrome Sierra Nameplate Alloy Letter Emblem Badge Glossy for Sierra, 2500Hd 3500Hd 2007 to 2019

★★★★½ 12

$10⁹⁹

Get it as soon as **Saturday, Jun 21**

FREE Shipping on orders over $35 shipped by Amazon

1Pc Denali Emblem Badge for 2019-2024 Sierra and Yukon Letters Emblems Chrome - Door Tailgate 1500 HD, 2500...

★★★★★ 10

$17⁹⁹

Get it as soon as **Saturday, Jun 21**

FREE Shipping on orders over $35 shipped by Amazon

4pack Set 2019-2025 Emblems Denali DenaliHD Plus Sierra Letters Badges 3D...

★★★★☆ 98

Amazon's Choice

$79⁹⁸

Get it as soon as **Saturday, Jun 21**

FREE Shipping by Amazon

Generic 3-PC Sierra Badge Emblem in Gloss Black Finish for GMC Yukon & Sierra 2019-2024 Models - Suitable...

★★★★½ 12

$39⁰⁰

Get it as soon as **Saturday, Jun 21**

FREE Shipping by Amazon
Only 12 left in stock - order...

OEM NEW Grille and Liftgate GMC Emblems Black w/Chrome Trim 15-19 Yukon 84395036

★★★★½ 12

$174⁹⁸

FREE Shipping
Only 7 left in stock - order...

## Product Description

Set OEM Grille Front Badge Emblems Nameplate fits Replacement for 2019-2025 Sierra 1500 2500HD 3500HD,2021-2024 Yukon Badges ,2023-2025 Canyon 87815663 Gloss (Chrome with Black)

## What's in the box

- Comes with housing

## Compare with similar items

|  | **This Item** | **Recommendations** |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  | Set OEM Grille Front Badge Emblems Nameplate fits IKMEN Replacement for 2019-2025 Sierra 1500 2500HD 3500HD,2021-202... | OEM NEW Grille and Liftgate GMC Emblems Black w/Chrome Trim 15-19 Yukon 84395036 | Compatible with 2007-2025 Gmc Sierra only pre-Cut (Domed) Vinyl Emblem Overlays: Gloss Black (2019-2025 1500 Rear) | GM 84395038 Front and Rear Black Emblem Package GMC Sierra |
|  | Add to cart | Add to cart | Add to cart | Add to cart |
| **Price** | $65⁹⁵ | $174⁹⁸ | $27⁹⁹ | $140⁹² |

| | Delivery | Customer Ratings | Sold By | Compatible Vehicles | Material | Exterior Finish | Auto Part Position | Fit Type |
|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Delivery** | Get it Jun 24 - 30 | — | Get it Jun 23 - 25 | Get it Jun 30 - Jul 1 |
| **Customer Ratings** | — | 4.7 ★★★★★ 12 | 4.2 ★★★★☆ 21 | 4.3 ★★★★★ 333 |
| **Sold By** | Anthony Parts | GM Parts Authority | U.S.A. Emblem Overlays | U-ECOM LLC |
| **Compatible Vehicles** | Truck | Car | Truck | 2014-2018 GMC Sierra 1500 |
| **Material** | Plastic | Chrome | polyurethane | Silver |
| **Exterior Finish** | Chrome | Chrome | Glossy | Glossy |
| **Auto Part Position** | front | unknown | center | front |
| **Fit Type** | Vehicle Specific | Vehicle Specific | Vehicle Specific | Vehicle Specific |

## Products related to this item
Sponsored ⓘ















| 1 OEM Grille Front Emblems 3D Nameplate Replacement for 2019-2025 Sierra 1500... | 2pack OEM 2019-2025 Grille And Rear Tailgate Emblem Kit Compatible with 86539816 20... | Chrome Grille Overlay Insert for 2019-2021 GMC Sierra 1500 SLT / AT4 | Pair New 2500 Emblems Replacement for 2500 Heavy Duty Left Right Side Badges Hood N... | 4Pcs New Doors Rear AT4X Nameplate 3D Emblems Badge Replacement for 2023... | 1 Pair Front Fog Light Bezel Cover Exterior Trim Replacement Compatible with GMC Si... | 1pc 2019-2025 Big Sierra Emblem Rear Liftgate Letter Nameplate Badge 3D... |
|---|---|---|---|---|---|---|
| ★★★★★ 1 | ★★★★★ 2 | ★★★☆☆ 5 | | ★★★★★ 11 | ★★★★☆ 11 | ★★★★★ 54 |
| $57⁹⁹ | $98⁸² | $104⁹⁹ | $69⁹⁹ | $129⁹⁹ | $52⁹⁹ | **Amazon's Choice** $23¹¹ |
| | | | ✓prime | ✓prime | ✓prime<br>You pay $48.75 with coupon | ✓prime |

## Videos

Help others learn more about this product by uploading a video.

[ Upload your video ]

## Similar brands on Amazon

Sponsored ⓘ

22

◉⁺ **Looking for specific info?**

| Ask Rufus or search reviews and Q&A | → |
|---|---|

Can it be painted?   Is installation easy?   Does it come with instructions?   Is this emblem weather resistant?

Does it fit all Sierra models?

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

| Write a customer review |
|---|

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| | Sell apps on Amazon | Amazon Store Card | Your Orders |

23

| | | | | | |
|---|---|---|---|---|---|
| Amazon Newsletter | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies | | |
| About Amazon | Protect & Build Your Brand | Amazon Business Card | Amazon Prime | | |
| Accessibility | Become an Affiliate | Shop with Points | Returns & Replacements | | |
| Sustainability | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices | | |
| Press Center | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts | | |
| Investor Relations | Advertise Your Products | Gift Cards | Registry & Gift List | | |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help | | |
| Amazon Science | Become an Amazon Hub Partner | | | | |
| | › See More Ways to Make Money | | | | |

**amazon**

| 🌐 English ⇕ | | 🇺🇸 United States |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Live<br>Stream. Shop. Live | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✓✗

© 1996-2025, Amazon.com, Inc. or its affiliates

 **Secure checkout** ⌄ 

### Delivering to Jennifer Pickering　　　　Change

4234 W NATIONAL AVE, BURBANK, CA, 91505-4020, United States

Add delivery instructions

---

### Paying with Mastercard 3591　　　　Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Congratulations Jennifer, you are eligible for 30 days of Prime for $0!**

[ Try Prime free ]

---

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $65.95 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $6.92 |
| **Order total:** | **$72.87** |

---

**Try Prime Free**

 Jennifer, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

[ Try Prime free for 30 days ]

Cancel anytime.

### Arriving Jun 24, 2025 - Jun 30, 2025

◉ **Tuesday, Jun 24 - Monday, Jun 30**
FREE Delivery

25

 **Set OEM Grille Front Badge Emblems Nameplate fits IKMEN Replacement for 2019-2025 Sierra 1500 2500HD 3500HD,2021-2024 Yukon Badges,2023-2025 Canyon 87815663 Gloss (Chrome with Black)**
**$65.95**
Ships from Anthony Parts
Sold by Anthony Parts

 1 +

Gift options not available

○ **Tuesday, Jun 24 - Thursday, Jun 26**
$5.00 - Delivery

○ **Monday, Jun 23 - Wednesday, Jun 25**
$9.09 - Delivery

Place your order

**Order total: $72.87**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart





Report an issue with this product or seller

## Frequently bought together

 + 

**This item:** Kit 2 OEM Grille Front & Rear Tailgate Emblem fits IKMEN Replacement for 2019-…

$109⁹⁷

1pc 2019-2025 Big Sierra Emblem Rear Liftgate Letter Nameplate Badge 3D Compatib…

$23⁹¹

Total price: $133.88

[ Add both to Cart ]

ⓘ One of these items ships sooner than the other.
Show details

## Frequently purchased items with fast delivery



Generic Sierra 1500/2500 / HD 2019-2024 Front and Rear Overlay 6 PCS New Fresh Look Matte Black
★★★☆☆ 38
$55⁰⁰
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon



Generic 3-PC Sierra Badge Emblem in Gloss Black Finish for GMC Yukon & Sierra 2019-2024 Models - Suitable…
★★★★½ 12
$39⁰⁰
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon
Only 12 left in stock - order…



1 OEM Grille Z71 Front Emblem 3D Badge Compatible with 2019-2025 Silverado Tahoe Suburban RST 1500 HD…
★★★★☆ 174
$26⁹¹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon
Only 20 left in stock - order…



1pc 2019-2025 Big Sierra Emblem Rear Liftgate Letter Nameplate Badge 3D Compatible with Sierra 1500 2500HD…
★★★★½ 54
$23⁹¹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon



4pack Set 2019-2025 Emblems Denali DenaliHD Plus Sierra Letters Badges 3D…
★★★★☆ 98
[ Amazon's Choice ]
$79⁹⁸
Get it as soon as **Saturday, Jun 21**
FREE Shipping by Amazon

Generic 1Pc Tailgate Emblem Compatible with RST Letter Badge Inserts Sticker 2019 2020 2021 Replacement for…
★★★★½ 17
$12⁹⁹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon

## Based on your recent shopping trends






| PartsTo Limited Decal Emblem Plate Pre-Adhesive for Ford F150 Super Duty F250 F350 Ranger Lariat Side Fend… | HUAPX® 3D Metal Limited Emblem Badges,1Pack OEM Chrome Aluminum Alloy Badges Decal Suit for… | Metal Chrome Silver Limited Emblem Letter Badge Exterior Trim Decal for Toyota Camry Corolla RAV4 Tundra Highland… | 1x Limited Letter Car Side Rear Trunk Emblem 3D Badge Decals (Silver) | Chrome Limited Metal Emblem Badge Letter Plate Decal for Toyota Corolla Previa Tundra… | 2pcs Metal Limited Rear Tailgate Trunk Badge Sport Logo Emblem (Silver) |
|---|---|---|---|---|---|
| ★★★½ 39 | ★★★★½ 288 | ★★★★½ 151 | | ★★★★ 159 | ★★★★★ 1 |
| $16⁹⁹ | $6⁹⁹ | $11⁹⁶ | $14⁹⁹ | Amazon's Choice | $12⁹⁹ |
| | | | | $13⁹⁹ | |
| Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 17 left in stock - order… | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

## Product Description

Kit 2 OEM Grille Front & Rear Tailgate Emblem fits Replacement for 2019-2025 Sierra 1500 Sierra 2500HD 3500HD Badge, 2023-25 Canyon 86539816 (All Gloss Black)

## What's in the box

- Comes with housing

## Compare with similar items

| **This Item** | **Recommendations** | | |
|---|---|---|---|
|  |  |  |  |
| Kit 2 OEM Grille Front & Rear Tailgate Emblem fits IKMEN Replacement for 2019-2025 Sierra 1500 Sierra 2500HD 3500HD Badge, 2023-25… | GM 84395038 Front and Rear Black Emblem Package GMC Sierra | Compatible with 2007-2025 Gmc Sierra only pre-Cut (Domed) Vinyl Emblem Overlays: Gloss Black (2019-2025 1500 Rear) | Zcardon 3pcs 2019-2021 Elevation Emblems Door Tailgate Badge Replacement for Sierra 84682634 (Shiny Black) |
| Add to cart | Add to cart | Add to cart | Add to cart |

| **Price** | $109⁹⁷ | $140⁹² | $27⁹⁹ | $58⁹⁹ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Delivery | Get it Jun 24 - 30 | Get it Jun 30 - Jul 1 | Get it Jun 23 - 25 | Get it as soon as **Saturday, Jun 21** |
| Customer Ratings | 3.0 ★★★☆☆ 1 | 4.3 ★★★★☆ 333 | 4.2 ★★★★☆ 21 | 4.6 ★★★★★ 44 |
| Sold By | Anthony Parts | U-ECOM LLC | U.S.A. Emblem Overlays | Spartan journey |
| Compatible Vehicles | Truck | 2014-2018 GMC Sierra 1500 | Truck | Truck |
| Material | Plastic | Silver | polyurethane | Acrylonitrile Butadiene Styrene |
| Exterior Finish | Gloss Black | Glossy | Glossy | Abs |
| Auto Part Position | outer | front | center | rear |
| Fit Type | Vehicle Specific | Vehicle Specific | Vehicle Specific | Universal |

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Similar brands on Amazon

Sponsored ⓘ



BeamTrack Rear Tail Lights Assembly Compatible with 2019 2020 2021 202...
3.9 ★★★★☆ 20
$62.99 Typical: $69.99



TOPINSTALL 2025 Foldable Sunshade Compatible with 22-25 Refreshed Che...
4.6 ★★★★★ 253
$24.99



Windshield Sun Shade for 2023-2025 Chevy Silverado 1500/GMC Sierra 150...
4.6 ★★★★★ 93
$26.99 List Price: $29.99



Niligh
Tahoe
4.2 ★
$55.9

## 🔧 Looking for specific info?

[ Ask Rufus or search reviews and Q&A → ]

Can it be painted?    Is installation easy?    Does it come with instructions?    Is this emblem weather resistant?

Does it fit other truck models?

# Customer reviews

★★★☆☆ 3 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 100% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List

32

Become an Amazon Hub Partner

› See More Ways to Make Money

Help

amazon

| English |
| United States |

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Live | PillPack | Amazon Renewed |
| Real-Time Crime & Safety Alerts | Stream. Shop. Live | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

33

 **Secure checkout** ⌄ 

### Delivering to Jennifer Pickering
Change

4234 W NATIONAL AVE, BURBANK, CA, 91505-4020, United States

Add delivery instructions

### Paying with Mastercard 3591
Change

Select a payment plan

Use a gift card, voucher, or promo code



**Try Prime Free**

Jennifer, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime free for 30 days

Cancel anytime.

### Arriving Jun 24, 2025 – Jun 30, 2025

◉ **Tuesday, Jun 24 - Monday, Jun 30**
FREE Delivery

---

Congratulations Jennifer, you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $109.97 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $11.55 |
| **Order total:** | **$121.52** |

○ **Tuesday, Jun 24 - Thursday, Jun 26**
$5.00 - Delivery

○ **Monday, Jun 23 - Wednesday, Jun 25**
$9.11 - Delivery



Kit 2 OEM Grille Front & Rear Tailgate Emblem fits IKMEN Replacement for 2019-2025 Sierra 1500 Sierra 2500HD 3500HD Badge, 2023-25 Canyon 86539816 (All Gloss Black)

**$109.97**

Ships from Anthony Parts
Sold by Anthony Parts

  1  +

Gift options not available

**Place your order**

**Order total: $121.52**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ✔✕

© 1996–2025, Amazon.com, Inc. or its affiliates

amazon    Deliver to   Chicago 60606    Automotive Parts & Accessories ▾   Search Amazon   🔍   EN ▾   Hello, Jennifer   Account & Lists ▾   Returns & Orders   🛒 0

≡ All   Rufus   Join Prime   Amazon Haul   Same-Day Delivery   Medical Care ▾   Saks   Prime Video   Amazon Basics   Groceries ▾   Buy Again   Today's Deals   Keep Shopping For   Best Sellers

Automotive   Amazon Autos   Your Garage   Deals & Rebates   Best Sellers   Parts ▾   Accessories ▾   Tools & Equipment ▾   Car Care ▾   Motorcycle & Powersports ▾   Truck ▾   RV ▾   Tires & Wheels ▾   Vehicle Showroom

Shop the latest car radios from Pioneer   Shop now

Automotive › Replacement Parts › Body & Trim › Body › Grilles





Click to see full view

## Kit 2 OEM Grille Front & Rear Tailgate Emblem fits IKMEN Replacement for 2019-2025 Sierra 1500 Sierra 2500HD 3500HD Badge, 2023-25 Canyon 86539816 (Combination of Matte and Gloss Black)

Brand: gyfass

3.0 ★★★☆☆ ▾ (1) | Search this page

**$109.97**

Or **$11.05** /mo (12 mo). Select from 1 plan

Get $80 off instantly: Pay $29.97 ~~$109.97~~ upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Color | Matte and Gloss Black |
| Brand | gyfass |
| Exterior Finish | Gloss and Matte Black |
| Vehicle Service Type | Truck |
| Auto Part Position | Outer |
| Customer Reviews | 3.0 ★★★☆☆ ▾ (1) |
| | 3.0 out of 5 stars |

▦ Material      ▥ Fit Type
Plastic      Vehicle Specific

See all product information ›

### About this item

- 100% brand 3D new and High quality,Package Include one set grille and one set Tailgate emblems.
- This is Real 3D Replace emblem and NOT just a thin stickers, Not overlay emblem.
- Whole Emblem Size: About 18" long *3 1/4" tall,Individual letters:G:5 3/5"*3 1/4",M:6 1/4"*3 1/4",C:5 3/5"*3 1/4"
- The Tailgate Emblems Kit can stick on your car strongly and last on for a long time,Comes with adhesive on the back, just peel and stick it on your vehicle. Installation:Please use detergent or alcohol to wipe the place where you need to stick ,and keep clean and dry. it will be fine,
- Universal Compatibility: Fits a wide range of vehicle makes and models, please verify fitment before purchasing. Fits: 2019-2025 Sierra 1500 (NOT FOR 2019 LIMITED),2020-2025 Sierra 2500HD 3500HD ,2023-2025 Canyon

▢ Report an issue with this product or seller

### Right sidebar

**$109.97**

FREE delivery **June 24 - 30** to 60606. Details

Or fastest delivery **June 23 - 25**. Details

Only 10 left in stock - order soon.

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

Ships from   Anthony Parts
Sold by   Anthony Parts
Returns   30-day refund/replacement
Payment   Secure transaction

▾ See more

**Add to List**

### Ask Rufus

- Can it be painted?
- Is installation easy?
- Does it come with instructions?
- Ask something else

## Frequently bought together

 + 

Total price: $156.30

Add both to Cart

ⓘ One of these items ships sooner than the other.
Show details

**This item:** Kit 2 OEM Grille Front & Rear Tailgate Emblem fits IKMEN Replacement for 2019-...
$109⁹⁷

3pack 2019-2025 AT4 Emblems Sierra 3D Badge NamePlate Decal with Strong Adhesive 8500206...
$46³³

## Based on your recent shopping trends                                        ⋮



PartsTo Limited Decal Emblem Plate Pre-Adhesive for Ford F150 Super Duty F250 F350 Ranger Lariat Side Fend...
★★★½☆ 39
$16⁹⁹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon

HUAPX® 3D Metal Limited Emblem Badges,1Pack OEM Chrome Aluminum Alloy Badges Decal Suit for...
★★★★½ 288
$6⁹⁹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon



Metal Chrome Silver Limited Emblem Letter Badge Exterior Trim Decal for Toyota Camry Corolla RAV4 Tundra Highland...
★★★★½ 151
$11⁹⁶
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon

1x Limited Letter Car Side Rear Trunk Emblem 3D Badge Decals (Silver)
$14⁹⁹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon
Only 17 left in stock - order...



Chrome Limited Metal Emblem Badge Letter Plate Decal for Toyota Corolla Previa Tundra...
★★★★☆ 159
Amazon's Choice
$13⁹⁹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon

2pcs Metal Limited Rear Tailgate Trunk Badge Sport Logo Emblem (Silver)
★★★★★ 1
$12⁹⁹
Get it as soon as **Saturday, Jun 21**
FREE Shipping on orders over $35 shipped by Amazon

## Frequently purchased items with fast delivery                               ⋮













| | | | | | |
|---|---|---|---|---|---|
| Generic Sierra 1500/2500 / HD 2019-2024 Front and Rear Overlay 6 PCS New Fresh Look Matte Black | 1 OEM Grille Z71 Front Emblem 3D Badge Compatible with 2019-2025 Silverado Tahoe Suburban RST 1500 HD... | Generic 1Pc Tailgate Emblem Compatible with RST Letter Badge Inserts Sticker 2019 2020 2021 Replacement for... | 1Pc Denali Emblem Badge for 2019-2024 Sierra and Yukon Letters Emblems Chrome - Door Tailgate 1500 HD, 2500... | 1pc 2019-2025 Big Sierra Emblem Rear Liftgate Letter Nameplate Badge 3D Compatible with... | 2PCS Black & Red 2019-2023 Silverado Z71 Emblem Badge 84632695 OEM Nameplate |
| ★★★☆☆ 38 | ★★★★☆ 174 | ★★★★☆ 17 | ★★★★★ 10 | ★★★★½ 54 | ★★★★½ 24 |
| $55⁰⁰ | $26⁹¹ | $12⁹⁹ | $17⁹⁹ | Amazon's Choice $23⁹¹ | $24⁹⁹ |
| Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** |
| FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| | Only 20 left in stock - order... | | | | Only 10 left in stock - order... |

## Product Description

Kit 2 OEM Grille Front & Rear Tailgate Emblem fits Replacement for 2019-2025 Sierra 1500 Sierra 2500HD 3500HD Badge, 2023-25 Canyon 86539816 (Combination of Matte and Gloss Black)

## What's in the box

- Comes with housing

## Compare with similar items

| This Item | Recommendations | | |
|---|---|---|---|
|  |  |  |  |
| Kit 2 OEM Grille Front & Rear Tailgate Emblem fits IKMEN Replacement for 2019-2025 Sierra 1500 Sierra 2500HD 3500HD Badge, 2023-25... | GM 84395038 Front and Rear Black Emblem Package GMC Sierra | Compatible with 2007-2025 Gmc Sierra only pre-Cut (Domed) Vinyl Emblem Overlays: Gloss Black (2019-2025 1500 Rear) | Pair 6.2L V8 Vent Emblem 3D Badge Left and Right Kit Replacement for 2019-2024 GMC Sierra GM 85160715 (Black Red, 6.2L V8) |
| Add to cart | Add to cart | Add to cart | Add to cart |
| **Price** | | | |
| $109⁹⁷ | $140⁹² | $27⁹⁹ | $95⁹⁹ |

| Delivery | Get it Jun 24 - 30 | Get it Jun 30 - Jul 1 | Get it Jun 23 - 25 | Get it as soon as **Saturday, Jun 21** |
|---|---|---|---|---|
| Customer Ratings | 3.0 ⭐⭐⭐ 1 | 4.3 ⭐⭐⭐⭐ 333 | 4.2 ⭐⭐⭐⭐ 21 | 3.6 ⭐⭐⭐ 25 |
| Sold By | Anthony Parts | U-ECOM LLC | U.S.A. Emblem Overlays | DFLCH |
| Compatible Vehicles | Truck | 2014-2018 GMC Sierra 1500 | Truck | Truck |
| Material | Plastic | Silver | polyurethane | Acrylonitrile Butadiene Styrene |
| Exterior Finish | Gloss and Matte Black | Glossy | Glossy | Chrome |
| Auto Part Position | outer | front | center | left |
| Fit Type | Vehicle Specific | Vehicle Specific | Vehicle Specific | Vehicle Specific |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ



BeamTrack Rear Tail Lights Assembly Compatible with 2019 2020 2021 202…
3.9 ⭐⭐⭐⭐ 20
$62.99 Typical: $69.99



TOPINSTALL 2025 Foldable Sunshade Compatible with 22-25 Refreshed Che…
4.6 ⭐⭐⭐⭐ 253
$24.99



Windshield Sun Shade for 2023-2025 Chevy Silverado 1500/GMC Sierra 150…
4.6 ⭐⭐⭐⭐ 93
$26.99 List Price: $29.99



Tailga… with 1…
4.6 ⭐
$10.9

## ✨ Looking for specific info?

Ask Rufus or search reviews and Q&A ⊕

Can it be painted?   Is installation easy?   Does it come with instructions?   Is this emblem weather resistant?

Does it fit other truck models?

## Customer reviews

★★★☆☆ 3 out of 5

1 global rating

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 100% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

41



 **Secure checkout** ⌄      

## Delivering to Jennifer Pickering    Change

4234 W NATIONAL AVE, BURBANK, CA, 91505-4020, United States

Add delivery instructions

---

## Paying with Mastercard 3591    Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Try Prime Free**

 Jennifer, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

| Try Prime free for 30 days |
Cancel anytime.

## Arriving Jun 24, 2025 – Jun 30, 2025

◉ **Tuesday, Jun 24 - Monday, Jun 30**
FREE Delivery

---

Congratulations Jennifer, you are eligible for 30 days of Prime for $0!

| Try Prime free |

| Place your order |

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| Items: | $109.97 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $11.55 |
| **Order total:** | **$121.52** |

43



**Kit 2 OEM Grille Front & Rear Tailgate Emblem fits IKMEN Replacement for 2019-2025 Sierra 1500 Sierra 2500HD 3500HD Badge, 2023-25 Canyon 86539816 (Combination of Matte and Gloss Black)**

**$109.97**

Ships from Anthony Parts

Sold by Anthony Parts

 1 +

Gift options not available

○ **Tuesday, Jun 24 - Thursday, Jun 26**
$5.00 – Delivery

○ **Monday, Jun 23 - Wednesday, Jun 25**
$9.11 – Delivery

**Order total: $121.52**

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

44



Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates





4pack Set 2019-2025 Emblems Denali DenaliHD Plus Sierra Letters Badges 3D NAMEPLATE Replacement for Sierra 2500HD 3500HD 2500 HD 86790675 86532074 (Gloss Black)

★★★★☆ (98)

$79.98

---

## Frequently bought together

 +  + 

Total price: **$206.69**

Add all 3 to Cart

ⓘ Some of these items ship sooner than the others.
Show details

**This item: 1pc 2007-2013 OEM Big Front Grille Emblem Badge 3D Plastic IKMEN Replacement...**
$71⁹⁸

Partsam High Mount Stop Light Led 3rd Brake Replacement for 07-13 Silverado/Sierra 1500...
$29⁷⁴

DWVO Headlights Assembly Compatible with 2007-2013 GMC Sierra 1500/2007-2014 Sierra...
$104⁹⁷

---

## Frequently purchased items with fast delivery

⋮








| Yoaoo 1x OEM Black Grille Z71 Emblem Badge 3D Compatible with Silverado 2500Hd 3500Hd Sierra Tahoe... | Generic 1PC Chrome Sierra Nameplate Alloy Letter Emblem Badge Glossy for Sierra, 2500Hd 3500Hd 2007 to 2019 | 2X Chrome 3500HD Sierra Silverado Door Emblem NAMEPLATE Badge Decal 2500 HD... | Aimoll 1PC Grille (Small) Z71 Emblem Badge for Gm Chevrolet Silverado 2500hd 3500hd Sierra Tahoe (Chrome Red) | 1 OEM Grille Z71 Front Emblem 3D Badge Compatible with 2019-2025 Silverado Tahoe Suburban RST 1500 HD... | Yoaoo 1x OEM Chrome Sierra Nameplate Letter Emblem Badge Glossy Compatible with 2500Hd 3500Hd Sierra |
|---|---|---|---|---|---|
| ★★★★☆ 979 | ★★★★☆ 12 | ★★★★★ 25 | ★★★★☆ 70 | ★★★★☆ 174 | ★★★★☆ 306 |
| | | Amazon's Choice | | | |
| $13⁸¹ | $10⁹⁹ | $26⁹⁹ | $11⁹⁹ | $26⁹¹ | $15²⁰ |
| Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
| | | Only 17 left in stock - order... | | Only 20 left in stock - order... | |

---

## Based on your recent shopping trends

⋮

47








| | | | | | |
|---|---|---|---|---|---|
| PartsTo Limited Decal Emblem Plate Pre-Adhesive for Ford F150 Super Duty F250 F350 Ranger Lariat Side Fend… | HUAPX® 3D Metal Limited Emblem Badges,1Pack OEM Chrome Aluminum Alloy Badges Decal Suit for… | Metal Chrome Silver Limited Emblem Letter Badge Exterior Trim Decal for Toyota Camry Corolla RAV4 Tundra Highland… | 1x Limited Letter Car Side Rear Trunk Emblem 3D Badge Decals (Silver) | Chrome Limited Metal Emblem Badge Letter Plate Decal for Toyota Corolla Previa Tundra… | 2pcs Metal Limited Rear Tailgate Trunk Badge Sport Logo Emblem (Silver) |
| ★★★½☆ 39 | ★★★★½ 288 | ★★★★½ 151 | | ★★★★☆ 159 | ★★★★★ 1 |
| $16⁹⁹ | $6⁹⁹ | $11⁹⁶ | $14⁹⁹ | Amazon's Choice | $12⁹⁹ |
| Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** | $13⁹⁹ | Get it as soon as **Saturday, Jun 21** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 17 left in stock - order… | Get it as soon as **Saturday, Jun 21** | Get it as soon as **Saturday, Jun 21** |
| | | | | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

## Product Description

1pc 2007-2013 OEM Big Front Grille Emblem Badge 3D Plastic Replacement for Sierra 1500 2500HD 3500HD 15256164 Gloss (Chrome with Black)

## What's in the box

- Comes with housing

## Compare with similar items

| This Item | Recommendations | | |
|---|---|---|---|
|  |  |  |  |
| 1pc 2007-2013 OEM Big Front Grille Emblem Badge 3D Plastic IKMEN Replacement for Sierra 1500 2500HD 3500HD 15256164 Gloss… | OEM NEW Grille and Liftgate GMC Emblems Black w/Chrome Trim 15-19 Yukon 84395036 | GM 84395038 Front and Rear Black Emblem Package GMC Sierra | Genuine GM 22761717 Grille Emblem, Front |
| Add to cart | Add to cart | Add to cart | Add to cart |

| Price | | | | |
|---|---|---|---|---|
| **Price** | $71⁹⁸ | $174⁹⁸ | $140⁹² | -29% $71⁰⁰ List: $100.00 |
| **Delivery** | Get it Jun 24 - 30 | — | Get it Jun 30 - Jul 1 | — |
| **Customer Ratings** | 5.0 ★★★★★ 3 | 4.7 ★★★★½ 12 | 4.3 ★★★★½ 333 | 3.8 ★★★★☆ 81 |
| **Sold By** | Anthony Parts | GM Parts Authority | U-ECOM LLC | LadonnaD store |
| **Compatible Vehicles** | Truck | Car | 2014-2018 GMC Sierra 1500 | Car |
| **Material** | Plastic | Chrome | Silver | Chrome |
| **Exterior Finish** | Chrome | Chrome | Glossy | Chrome |
| **Auto Part Position** | front | unknown | front | front |
| **Fit Type** | Vehicle Specific | Vehicle Specific | Vehicle Specific | Vehicle Specific |

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## Similar brands on Amazon

Sponsored ⓘ



Nilight in Channel Rain Guards for Chevy Tahoe/GMC Yukon/Cadillac Escalade...
4.2 ★★★★☆ 370
$55.99



TOPINSTALL Upgraded Silicone Covers Compatible with 2019-2025...
4.2 ★★★★☆ 820
$27.99



TOP-MAX Mirror Cap Cover Trim Replacement for 2019 2020 2021 202...
3.4 ★★★½☆ 10
$44.49



Windo Chevy
4.0 ★
$35.8

##  Looking for specific info?

( Ask Rufus or search reviews and Q&A      → )

49

Is installation difficult?   Does it come with clips?   Can it withstand harsh weather?   Does it fit other vehicle models?

Is it made of metal?

## Customer reviews

⭐⭐⭐⭐⭐ **5 out of 5**

3 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images

See all photos ›

 

---

### Top reviews from the United States

○ cadman

⭐⭐⭐⭐⭐ **Nice touch, great product**

Reviewed in the United States on May 21, 2025

Verified Purchase

Shipping took longer than expected but it was worth the wait.

Great fit, Great look. Seems to be made just as well as the oem. Installation is about as easy as it gets. Remove the old emblem which just snaps out by pressing tabs from behind the grille and snap this new emblem in its place.

Before and after photos.

Very satisfied with the product.

Helpful  |  Report

○ Ted tanaka

⭐⭐⭐⭐⭐ **new emblem for my truck**

Reviewed in the United States on May 17, 2025

Verified Purchase

fits perfectly.

Helpful  |  Report

See more reviews ›

50

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

| 🌐 English ⇕ |  | 🇺🇸 United States |

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | Amazon Live | PillPack | Amazon Renewed | | |
| | Real-Time Crime & Safety Alerts | Stream. Shop. Live | Pharmacy Simplified | Like-new products you can trust | | |

51

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

 **Secure checkout** ⌄ 

### Delivering to Jennifer Pickering                Change

4234 W NATIONAL AVE, BURBANK, CA, 91505-4020, United States

Add delivery instructions

### Paying with Mastercard 3591                Change

Select a payment plan

Use a gift card, voucher, or promo code

---

**Try Prime Free**

 Jennifer, we're giving you Prime free for 30 days.

Get fast, FREE delivery, starting with eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

> Try Prime free for 30 days
>
> Cancel anytime.

### Arriving Jun 24, 2025 - Jun 30, 2025

◉ **Tuesday, Jun 24 - Monday, Jun 30**
FREE Delivery

---

Congratulations Jennifer, you are eligible for 30 days of Prime for $0!

> Try Prime free

> Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $71.98 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $7.56 |
| **Order total:** | **$79.54** |

53



1pc 2007–2013 OEM Big Front
Grille Emblem Badge 3D
Plastic IKMEN Replacement for
Sierra 1500 2500HD 3500HD
15256164 Gloss (Chrome with
Black)
**$71.98**

Ships from Anthony Parts

Sold by Anthony Parts

 1 

Gift options not available

○ **Tuesday, Jun 24 - Thursday, Jun 26**
$5.00 - Delivery

○ **Monday, Jun 23 - Wednesday, Jun 25**
$9.06 - Delivery

[ Place your order ]

### Order total: $79.54
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



Back to top

English    United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996–2025, Amazon.com, Inc. or its affiliates

Amazon.com: Kid OEM Platinum Emblems Tailgate Badges 3D R...

https://www.amazon.com/dp/B0FCR73WK5

2025/6/11 17:37

Deliver to
San Jose 95131

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

All   Amazon Haul   Medical Care   Saks   Best Sellers   Amazon Basics   Amazon Autos   Your Garage   Deals & Rebates

Automotive   Amazon Autos   Your Garage   Deals & Rebates

New Releases   Registry   Today's Deals   Music   Gift Cards   Smart Home   Customer Service   Prime   Vehicle Showroom

Automotive Parts & Accessories

Search Amazon

Automotive > Exterior Accessories > Emblems



Click to see full view

## Kid OEM Platinum Emblems Tailgate Badges 3D Replacement for 150 250 350 IKMEN Platinum Shiny (Black)

Brand: Generic

$38²⁰

Apply now and get a $80 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

| | |
|---|---|
| Color | Black |
| Brand | Generic |
| Exterior Finish | Chrome |
| Vehicle Service Type | Truck |
| Auto Part Position | Outer |

Material
Plastic

Fit Type
Universal

### About this item

- Package Include: as the main picture.
- This is Real 3D Plastic emblem and NOT just a thin sticker,Not overlay emblem,Remove original emblems then sticks this on.
- Size:29" long* 1 1/4" tall.This is OEM size ,This is origanil size
- The emblems can stick on your car strongly and last on for a long time,Comes with adhesive on the back, just peel and stick it on your vehicle.
- Installation:Please use detergent or alcohol to wipe the place where you need to stick ,and keep clean and dry,it will be fine,

> See more product details

Report an issue with this product or seller

$38²⁰

FREE delivery June 18 - 25.
Details

Or fastest delivery June 18 - 23.
Details

Arrives after Father's Day.
Need a gift sooner? Send an Amazon Gift Card instantly by email or text message.

Deliver to San Jose 95131

In Stock

Quantity: 1

Add to Cart

Buy Now

Ships from   Anthony Parts
Sold by   Anthony Parts
Payment   Secure transaction

Add to List

Shop now

Sponsored

## Product Description

Kid OEM Platinum Emblems Tailgate Badges 3D Replacement for 150 250 350 IKMEN Platinum Shiny (Black)

## Product information

### Technical Details

| | |
|---|---|
| Color | Black |
| Brand | Generic |
| Exterior Finish | Chrome |
| Vehicle Service Type | Truck |
| Auto Part Position | Outer |
| Manufacturer | Generic |
| Model | PlenisBem |
| Item Weight | 3.2 ounces |
| Country of Origin | USA |
| Item model number | PlenisBem |
| Manufacturer Part Number | SPY6033S241 |

### Additional Information

| | |
|---|---|
| ASIN | B0FCR73WK5 |
| Date First Available | June 11, 2025 |

### Warranty & Support

Amazon.com Return Policy: Amazon.com Voluntary 30-Day Return Guarantee: You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

Product Warranty: For warranty information about this product, please click here.

### Feedback

Would you like to tell us about a lower price?

## What's in the box

- Comes with housing

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Customer reviews

| | |
|---|---|
| 5 star | 0% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

**No customer reviews**

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## More items to consider See more














SAIQINGSP Front Grille
Assembly Compatible
With 2020 2021 2022
2023 GMC Sierra 2500HD
3500HD Denali Style
With Gloss Black...
$665.99
Get it Jun 16 – 20
FREE Shipping
Only 5 left in stock – order...

JX RACING
PERFORMANCE
ACCESSORIES Grille
Compatible with
2007-2013 GMC Sierra...    42
$219.99
Get it as soon as **Monday, Jun**
16
FREE Shipping by Amazon
Only 7 left in stock – order...

KUAFU Grille 3PCS
Compatible with
2007-2013 GMC Sierra
1500 Denali Round Hole
Mesh Front Hood Modifi...    3
$175.90
Get it Jun 16 – 18
FREE Shipping

Garage-Pro Grille
Assembly for GMC
SIERRA 1500/0+15
Chrome Shell/Pro+Black
Insert Denali Model New
Body Style    3
$244.15
Get it Jun 16 – 18
FREE Shipping
Only 11 left in stock – order...

FREEMOTOR802
Compatible with
2007-2013 GMC Sierra
1500 & 1500 Denali New
Body Style Models Fron...    10
$114.99
Get it Jun 18 – 21
FREE Shipping

Spec-A Tuning Front
Bumper Honeycomb
Mesh Hood Grille Chrome
Compatible with
2007-2013 GMC Sierra...    79
$198.95
Get it Jun 16 – 18
FREE Shipping

MJC Front Grille Grill
Compatible with
2022-2024 GMC Sierra
1500 (Gloss Black)
$279.69
Get it **Jun 20 – 23**
FREE Shipping
Only 20 left in stock – order...

Page 1 of 4

## Related to items you've viewed See more













Set of 4pork OEM
Silverado Plus Z71 RST
Emblems 3D Badge
Compatible with for
Silverado 2019-2025...    30
$59.71
Get it as soon as **Saturday,**
**Jun 28**

Yoaoo-4pack OEM
Nameplate with LT
Emblem 3D Badge
Replacement for
Silverado 1500 2500Hd...    59
$38.91
Get it as soon as **Monday, Jun**
FREE Shipping

4pak for Silverado Plus
LTZ Emblems 2019-2025
3D Letters Badges
Compatible with
Silverado (Gloss Black)
$31.99
Get it as soon as **Monday, Jun**
23

4PC Set for Silverado Plus
Z71 RST Emblems 3D
Badges Compatible with
Silverado 2019-2025
(Black Red)    1
$49.00
Get it as soon as **Monday, Jun**
16
FREE Shipping by Amazon
Only 7 left in stock – order...

10Pcs New Kit
Replacement for
2024-2025 Sierra
2500HD 3500HD AT4
Emblems Car Badge Set
86591515 (Black Red)
$118.99
Get it as soon as **Monday, Jun**
16
FREE Shipping by Amazon
Only 7 left in stock – order...

2pcs New Z71 Emblems
Replacement for
2019-2021 Silverado
1500 2500 3500 Decal
Badge 84632695...    400
$31.99
Get it as soon as **Monday, Jun**
16
FREE Shipping on orders over
$35 shipped by Amazon

3pak6 Gloss Black Tahoe
Nameplate Emblems
Letter Badge Compatible
with 2007+2019 Tahoe
Glossy Shiny    4
$31.99
Get it as soon as **Monday, Jun**
16
FREE Shipping on orders over
$35 shipped by Amazon
Only 12 left in stock – order...

JX
Racin-
mano-
Assem
Comp
$329
Get it c
20
FREE S
Only 2

Yoaoo-
Name
Letter
Comp
Comp
$19.5
Get it c
FREE S

Page 1 of 4

## See personalized recommendations

Sign in

New customer? Start here

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon | Sell apps on Amazon | Amazon Store Card | Your Orders |
| Newsletter | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| About Amazon | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Accessibility | Become an Affiliate | Shop with Points | Returns & Replacements |
| Sustainability | | Credit Card Marketplace | |

| Press Center | Become a Delivery Driver | Reload Your Balance | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Gift Cards | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Registry & Gift List |
| Amazon Science | Self-Publish with Us | | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English     United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

58