Deliver to Chicago 60606 | Automotive Parts & Accessories | Search Amazon | EN | Hello, Jennifer Account & Lists | Returns & Orders | 5 | Subtotal **$171.64** Part of your order qualifies for FREE Shipping. Choose this option at checkout. See details **Go to Cart**

All | **Rufus** | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Saks | Prime Video | Amazon Basics | Groceries

Automotive | Amazon Autos | Your Garage | Deals & Rebates | Best Sellers | Parts | Accessories | Tools & Equipment | Car Care

**amazon business** Save more with bulk discounts on 140+ million products

Automotive › Exterior Accessories › Emblems



Click to see full view

✨ **Ask Rufus**

- Is installation difficult?
- Does it come with adhesive?
- Can it withstand harsh weather?
- Ask something else

## 2pack OEM Hood Emblem Badge IKMEN Compatible with 2019-2025 2500 Heavy Duty Truck Accessories Left Right Nameplate 68632969AA 68362211AC (Matte Black)

Brand: Sanucaraofo

2.0 ★ (1) | Search this page

$**59**⁹³

Or **$11.07** /mo (6 mo). Select from 1 plan

Get **$50 off instantly:** Pay **$9.93** upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| Color | All Black |
| Brand | Sanucaraofo |
| Exterior Finish | Chrome |
| Vehicle Service Type | Truck |
| Auto Part Position | Outer |

| 🔧 **Material** Plastic | 🔲 **Fit Type** Universal |

## About this item

- Package include:2 Emblems,The left and right side hood nameplate replacemen.
- Size:about 11.6 inch L* 3.3 inch H,Origianl size
- With Clips on back,This emblems replacement are very easy,not need any tools.This hood emblem bezel suitable for side engine hood of car.
- The logo emblem badge 3D design, excellent quality, rust proof and waterproof,never fade.This hood ornament meets the original manufacturer's specifications and features.Direct replacement of the old worn one.
- 1-Year Warranty. Please contact us by email if the nameplates for your truck have any questions. We will reply within 24 hours and help solve the problem!

› See more product details

Report an issue with this product or seller

$**59**⁹³

FREE delivery **June 23 - 27** to 60606. Details

Or fastest delivery **June 17 - 20**. Details

🎁 **Arrives after Father's Day. Need a gift sooner?** Send an Amazon Gift Card instantly by email or text message.

**Only 20 left in stock - order soon.**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from  Mariah Auto LLC
Sold by  Mariah Auto LLC
Returns  30-day refund/replacement
Payment  Secure transaction

⌄ See more

**Add to List**

$**39.60** Only 5 left in stock - order soon.  [1]

$**15.99** Only 18 left in stock - order soon.  [1]

$**39.62** Only 11 left in stock - order soon.  [1]

$**39.21**

## Buy it with

 +  + 

Total price: $**91.91**

**Add all 3 to Cart**

Some of these items ship sooner than the others.
Show details

**This item:** 2pack OEM Hood Emblem Badge IKMEN Compatible with 2019-2025 …

TACOMA Tire Valve Stem Cap Cover for Toyota TRD Sequoia Tundra 4Runner Trucks Belt O…

JKCOVER Center Console Hidden Box Organizer Compatible with 2016-2021 …

Subtotal
**$171.64**
Part of your order qualifies for FREE Shipping. Choose this option at checkout.
See details

[Go to Cart]

## Based on your recent shopping trends


PartsTo Limited Decal Emblem Plate Pre-Adhesive for Ford F150 Super Duty F250 F350 Ranger Lariat Side Fend…
38
$16⁹⁹
Get it as soon as **Wednesday, Jun 18**
FREE Shipping on orders over $35 shipped by Amazon

HUAPX® 3D Metal Limited Emblem Badges,1Pack OEM Chrome Aluminum Alloy Badges Decal Suit for…
287
$6⁹⁹
Get it as soon as **Wednesday, Jun 18**
FREE Shipping on orders over $35 shipped by Amazon


Metal Chrome Silver Limited Emblem Letter Badge Exterior Trim Decal for Toyota Camry Corolla RAV4 Tundra Highland…
150
$11⁹⁶
Get it as soon as **Wednesday, Jun 18**
FREE Shipping on orders over $35 shipped by Amazon
Only 17 left in stock - order…


1x Limited Letter Car Side Rear Trunk Emblem 3D Badge Decals (Silver)
$14⁹⁹
Get it as soon as **Wednesday, Jun 18**
FREE Shipping on orders over $35 shipped by Amazon
Only 16 left in stock - order…

Chrome Limited Metal Emblem Badge Letter Plate Decal for Toyota Corolla Previa Tundra…
159
Amazon's Choice
$13⁹⁹
Get it as soon as **Wednesday, Jun 18**
FREE Shipping on orders over $35 shipped by Amazon


$39.60
Only 5 left in stock - order soon.
[1]

## Frequently purchased items with fast delivery


Hood Emblem and Badge (1 Pair) Compatible with 2019-2024 Ram DT 2500 Heavy Duty Truck Accessories Left&Right…
24
$49⁹⁹
Get it as soon as **Wednesday, Jun 18**
FREE Shipping by Amazon

2pack OEM 2500HD Letter Nameplate Emblems 2500 HD Badge Compatible with Silverado Sierra Glossy…
280
$22⁹⁹
Get it as soon as **Wednesday, Jun 18**
FREE Shipping on orders over $35 shipped by Amazon
Only 14 left in stock - order…


Yoaoo 2Pack OEM Chrome 3500Hd 3500 Hd Nameplates Emblems Badges Compatible with Silverado Sierra
110
$26⁹⁹
Get it as soon as **Wednesday, Jun 18**
FREE Shipping on orders over $35 shipped by Amazon


2pack New 2500 Heavy Duty Emblems Left Right Side 3D Badges Black Hood Replacement for 2500 (Black)
16
$69⁹⁹
Get it as soon as **Wednesday, Jun 18**
FREE Shipping by Amazon

2500 HD Badge Emblem 2-PC Silver - Set of 2 Replacement Emblems for Silverado Sierra…
31
Amazon's Choice
$19⁹⁴
Get it as soon as **Wednesday, Jun 18**
FREE Shipping on orders over $35 shipped by Amazon


$15.99
Only 18 left in stock - order soon.
[1]


$39.62
Only 11 left in stock - order soon.
[1]




$39.21

## Product Description

2pack OEM Hood Emblem Badge IKMEN Compatible with 2019-2025 2500 Heavy Duty Truck Accessories Left Right Nameplate 68632969AA 68362211AC (Matte Black)

## Product information

### Item details

| | |
|---|---|
| Brand Name | Sanucaraofo |
| Manufacturer | Sanucaraofo |
| Customer Reviews | 2.0 (1)  2.0 out of 5 stars |
| ASIN | B0DZTQLML4 |
| Item Type Name | 191-2-Ce2500BKBK-3 |
| Included Components | Comes with housing |
| Manufacturer Warranty Description | 60days return |

### Warranty & Support

### Features & Specs

| | |
|---|---|
| Fit Type | Universal |
| Compatible with Vehicle Type | Truck |
| Auto Part Position | Outer |

### Additional details

| | |
|---|---|
| Material Type | Plastic |

### Style

| | |
|---|---|
| Color | All Black |
| Exterior Finish | Chrome |

**Amazon.com Return Policy:** **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to tell us about a lower price?

## What's in the box

- Comes with housing

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon
Sponsored



Car Seat Covers for RAM 1500 2012-2025, Stylish Sport Seat Cover, Premiu…
3.8　　　　6
$126.88



Retractable Truck Bed Tonneau Cover Compatible with 2009 2010 2011 201…
4.4　　　　7
$709.99



## Looking for specific info?

Ask Rufus or search reviews and Q&A

Is installation difficult?　　Does it come with adhesive?　　Can it withstand harsh weather?

Is this emblem made of metal?　　Does it fit other truck models?

## Customer reviews

2 out of 5

1 global rating

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 100% |
| 1 star | | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

## Top reviews from the United States

 Mike

**Not sure if it's really an OEM part**

Reviewed in the United States on April 9, 2025

Verified Purchase

Drivers side emblem doesn't lay flat in the opening and the foam tape doesn't stick

Helpful　　Report

See more reviews ›

---

### Sidebar

Subtotal
**$171.64**

Part of your order qualifies for FREE Shipping. Choose this option at checkout.
See details

Go to Cart


$39.60
Only 5 left in stock - order soon.

1


$15.99
Only 18 left in stock - order soon.

1


$39.62
Only 11 left in stock - order soon.

1


$39.21

Write a customer review

Back to top

## Get to Know Us
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

## Make Money with Us
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

## Amazon Payment Products
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

## Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

Subtotal
**$171.64**
Part of your order qualifies for FREE Shipping. Choose this option at checkout. See details

Go to Cart

$39.60
Only 5 left in stock - order soon.

1

$15.99
Only 18 left in stock - order soon.

1

$39.62
Only 11 left in stock - order soon.

1

$39.21

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Live Stream. Shop. Live | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

# Secure checkout ∎

**Delivering to Jennifer Pickering**　　　Change
4234 W NATIONAL AVE, BURBANK, CA, 91505-4020, United States
Add delivery instructions

**Paying with Mastercard 3591**　　　Change
Select a payment plan
Use a gift card, voucher, or promo code

**FREE TRIAL**
Jennifer, we're giving you 30 days of Prime benefits for FREE
[Try Prime FREE for 30 days]

## Arriving Jun 23, 2025 - Jun 27, 2025



2pack OEM Hood Emblem Badge IKMEN Compatible with 2019-2025 2500 Heavy Duty Truck Accessories Left Right Nameplate 68632969AA 68362211AC (Matte Black)
$59.93
Ships from Mariah Auto LLC
Sold by Mariah Auto LLC

[1]
Gift options not available

- ◉ **Monday, Jun 23 - Friday, Jun 27**　FREE Delivery
- ○ **Wednesday, Jun 18 - Monday, Jun 23**　$5.00 - Delivery
- ○ **Tuesday, Jun 17 - Friday, Jun 20**　$9.73 - Delivery

Congratulations Jennifer, you are eligible for 30 days of Prime for $0!
[Try Prime free]

[Place your order]
By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $59.93 |
| Shipping & handling: | $0.00 |
| Estimated tax to be collected:* | $6.29 |
| **Order total:** | **$66.22** |

[Place your order]　**Order total: $66.22**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

[English]　[United States]　Help

Conditions of Use　Privacy Notice　Consumer Health Data Privacy Disclosure　Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

6

| Deliver to Chicago 60606 | Automotive Parts & Accessories | Search Amazon | EN | Hello, Jennifer Account & Lists | Returns & Orders | 6 | Subtotal $231.57 Part of your order qualifies for FREE Shipping. Choose this option at checkout. See details |

All　Rufus　Join Prime　Amazon Haul　Same-Day Delivery　Medical Care　Saks　Prime Video　Amazon Basics　Groceries

Automotive　Amazon Autos　Your Garage　Deals & Rebates　Best Sellers　Parts　Accessories　Tools & Equipment　Car Care

**amazon business** Get business-only pricing on over 243+ million products

Automotive › Exterior Accessories › Emblems



Click to see full view

## 2pack OEM Platinum Emblems Side Badge Nameplate 3D IKMEN Compatible with 150 250 350 Platinum Glossy (Chrome)

Brand: Sanucaraofo

5.0　　(5)　|　Search this page

$37²²

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

| Color | 2x Chrome |
| Brand | Sanucaraofo |
| Exterior Finish | Chrome |
| Vehicle Service Type | Car |
| Auto Part Position | Outer |

| Material: Plastic | Fit Type: Universal |

### About this item
- Package Include: as the main picture.
- Size:29" long* 1 1/4" tall.
- Color:as the first picture.
- Made with of high quality ABS Material,ABS is a non-oxidized material.also never fade,Special for Automotive
- Easy to Install - Self- adhesive and very easy to install to use.

› See more product details

Report an issue with this product or seller

### prime
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$37²²

FREE Returns

FREE delivery **Wednesday, June 18** to 60606

Or Prime members get FREE delivery **Sunday, June 15**. Order within 2 hrs 4 mins. Join Prime

Arrives on Father's Day. **Need a gift sooner?** Send an Amazon Gift Card instantly by email or text message.

Only 4 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | Mariah Auto LLC |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

Add to List

### Other sellers on Amazon
New (2) from $37²² & **FREE Shipping**.

$59.93 Only 20 left in stock - order soon. 1

$39.60 Only 5 left in stock - order soon. 1

$15.99 Only 18 left in stock - order soon. 1

$39.62 Only 11 left in

## Frequently bought together



This item: 2pack OEM Platinum Emblems Side Badge Nameplate 3D Compatible wi…
$37²²

MbuyDIY LED License Plate Light Lamp Assembly Compatible with 2015-2020…
$16⁹⁸

Total price: $54.20

Add both to Cart

One of these items ships sooner than the other.
Show details

## Frequently purchased items with fast delivery

    

| 2Pcs Chrome Platinum Emblems Side Badge Nameplate 3D Replacement for F150 F250 F350 Platinum O… | PLATINUM Emblem Side Badge Nameplate 3D Replacement for F150 F250 F350 Platinum O… | 2pack OEM Limited Emblems Side Badges Nameplate 3D Limited Compatible with 150 250 350 Gloosy Finish… | 2pcs Chrome Platinum Emblems Side Badge Nameplate 3D Replacement for F150 F250 F350 Platinum… | 2pack 2019-2024 OEM Z71 Emblems Side Decals Badges Compatible with Silverado Z71 Parts 84632695 (Chrome… |
|---|---|---|---|---|
| 51 | 34 Amazon's Choice | 6 | 7 | 346 |
| $36⁹⁹ | $20⁹⁹ | $39⁶⁰ | $36⁹⁹ | $33⁵¹ |
| Get it as soon as **Wednesday, Jun 18** FREE Shipping by Amazon | Get it as soon as **Wednesday, Jun 18** FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as **Wednesday, Jun 18** FREE Shipping by Amazon Only 5 left in stock - order… | Get it as soon as **Wednesday, Jun 18** FREE Shipping by Amazon | Get it as soon as **Wednesday, Jun 18** FREE Shipping on orders over $35 shipped by Amazon |

## Based on your recent shopping trends

| PartsTo Limited Decal Emblem Plate Pre-Adhesive for Ford F150 Super Duty F250 F350 Ranger Lariat Side Fend… | HUAPX® 3D Metal Limited Emblem Badges,1Pack OEM Chrome Aluminum Alloy Badges Decal Suit for… | Metal Chrome Silver Limited Emblem Letter Badge Exterior Trim Decal for Toyota Camry Corolla RAV4 Tundra Highland… | 1x Limited Letter Car Side Rear Trunk Emblem 3D Badge Decals (Silver) | Chrome Limited Metal Emblem Badge Letter Plate Decal for Toyota Corolla Previa Tundra. |
|---|---|---|---|---|
| 38 | 287 | 150 | $14⁹⁹ | 159 Amazon's Choice |
| $16⁹⁹ | $6⁹⁹ | $11⁹⁶ | Get it as soon as **Wednesday, Jun 18** FREE Shipping on orders over $35 shipped by Amazon Only 16 left in stock - order… | $13⁹⁹ |
| Get it as soon as **Wednesday, Jun 18** FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as **Wednesday, Jun 18** FREE Shipping on orders over $35 shipped by Amazon | Get it as soon as **Wednesday, Jun 18** FREE Shipping on orders over $35 shipped by Amazon Only 17 left in stock - order… | | Get it as soon as **Wednesday, Jun 18** FREE Shipping on orders over $35 shipped by Amazon |

## Product Description

2pack OEM Platinum Emblems Side Badge Nameplate 3D IKMEN Compatible with 150 250 350 Platinum Glossy (Chrome)

## Product information

### Item details

| | |
|---|---|
| Brand Name | Sanucaraofo |
| UPC | 614631663772 |
| Manufacturer | Sanucaraofo |
| Customer Reviews | 5.0 (5) 5.0 out of 5 stars |
| ASIN | B07D5B42X6 |
| Item Type Name | 362-2-PlatinumCH |
| Included Components | Comes with housing |
| Manufacturer Warranty Description | 60 days return |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Features & Specs

| | |
|---|---|
| Fit Type | Universal |
| Compatible with Vehicle Type | Car |
| Auto Part Position | Outer |

### Additional details

| | |
|---|---|
| Material Type | Plastic |

### Style

| | |
|---|---|
| Color | 2x Chrome |
| Exterior Finish | Chrome |

Subtotal $231.57
Part of your order qualifies for FREE Shipping. Choose this option at checkout. See details
Go to Cart


$59.93
Only 20 left in stock - order soon.
1

$39.60
Only 5 left in stock - order soon.
1


$15.99
Only 18 left in stock - order soon.
1

$39.62
Only 11 left in

**Product Warranty:** For warranty information about this product, please
click here

**Feedback**

Would you like to tell us about a lower price?

## What's in the box

- Comes with housing

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  2pack OEM Platinum Emblems Side Badge Nameplate 3D Compatible… Add to cart |  1pc OEM King Ranch Emblem Side Letter Kingranch Badge 3D Compatible with 150 25… Add to cart |  2pcs Chrome Platinum Emblems Side Badge Nameplate 3D Replacemen… Add to cart |  LYCARESUN Front Grille American Flag Emblem for Ford, Rear Tailgate Emblem… Add to cart |
| Price | $37²² | $21¹³ | $36⁹⁹ | $15⁹⁹ |
| Delivery | Get it as soon as **Wednesday, Jun 18** | Get it as soon as **Wednesday, Jun 18** | Get it as soon as **Wednesday, Jun 18** | Get it as soon as **Wednesday, Jun 18** |
| Customer Ratings | 5.0 — 5 | 5.0 — 3 | 4.4 — 7 | 4.4 — 362 |
| Sold By | Mariah Auto LLC | Anthony Parts | Funyytoys | LYCARESUN |
| Compatible Vehicles | Car | Car | Truck | Car |
| Material | Plastic | Plastic | — | Aluminum, Acrylonitrile Butadiene Styrene |
| Exterior Finish | Chrome | Chrome | Chrome | Aluminum,Abs,Silver |
| Auto Part Position | outer | outer | left | front |
| Fit Type | Universal | Universal | Vehicle Specific | Vehicle Specific |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored



Car Seat Covers for Ford F-350 2000-2025, Stylish Sport Seat Cover, Premiu… $126.88



Custom Personalized Black Powder-Coated Metal Laser Engraved Standar…
4.7 — 1,975
$34.99







Subtotal $231.57
Part of your order qualifies for FREE Shipping. Choose this option at checkout.
See details
Go to Cart

$59.93
Only 20 left in stock - order soon.
1

$39.60
Only 5 left in stock - order soon.
1

$15.99
Only 18 left in stock - order soon.
1

$39.62
Only 11 left in

✦ **Looking for specific info?**

Ask Rufus or search reviews and Q&A

| Can it be used on other car models? | Is it weather resistant? | Does it require any tools for installation? |

| Is the emblem easy to remove? | Does it come with instructions? |

## Customer reviews

5 out of 5

5 global ratings

| 5 star | 100% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

See all photos



## Top reviews from the United States

 Elmer

**Very Recommend**
Reviewed in the United States on April 28, 2025
Verified Purchase
Good product and easy to install

Helpful    Report

 Ad

**Product looks good, not too shabby, well protected, very shiny.**
Reviewed in the United States on May 21, 2019

Shipped fast, recieved in perfect condition. Some of these do not come with the foam holder, this one DOES. The foam really helps with alignment. The chrome was shiny, no defects I could see. The adhesive on the backside of the letters did not appear to be 3m but sits recessed into the letters but protrudes enough to adhere to vehicle. I cleaned and prepared the area, held each letter for 30 seconds while maintaining pressure on them. 5 stars, if a letter falls off I will update and change rating. For now it looks good!

4 people found this helpful

Helpful    Report

See more reviews ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | |
| | | Reload Your Balance | |

Subtotal
**$231.57**
Part of your order qualifies for FREE Shipping. Choose this option at checkout.
See details

Go to Cart


$59.93
Only 20 left in stock - order soon.

1


$39.60
Only 5 left in stock - order soon.

1

$15.99
Only 18 left in stock - order soon.

1


$39.62
Only 11 left in

| | | | | | | |
|---|---|---|---|---|---|---|
| Investor Relations | Start a Package Delivery Business | Gift Cards | | Manage Your Content and Devices | | |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | | Recalls and Product Safety Alerts | | |
| Amazon Science | Self-Publish with Us | | | Registry & Gift List | | |
| | Become an Amazon Hub Partner | | | Help | | |
| | › See More Ways to Make Money | | | | | |

English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Live Stream. Shop. Live | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates



Subtotal
$231.57
Part of your order qualifies for FREE Shipping. Choose this option at checkout. See details

Go to Cart

$59.93
Only 20 left in stock - order soon.
1



$39.60
Only 5 left in stock - order soon.
1



$15.99
Only 18 left in stock - order soon.
1

$39.62
Only 11 left in

# Secure checkout ∎

**Delivering to Jennifer Pickering**  Change
4234 W NATIONAL AVE, BURBANK, CA, 91505-4020, United States

Add delivery instructions

**Paying with Mastercard 3591**  Change
Use a gift card, voucher, or promo code

**Jennifer, we're giving you Prime free for 30 days!**
Get your Prime eligible items ~~Tuesday, June 17 by 8PM~~ **Sunday, June 15 by 8PM** for FREE

Get FREE Two-Day Delivery with Prime
No hassle. No commitments. Cancel anytime.

## Arriving Jun 17, 2025
If you order in the next 13 hours and 44 minutes

2pack OEM Platinum Emblems Side Badge Nameplate 3D IKMEN Compatible with 150 250 350 Platinum Glossy (Chrome)
$37.22
& FREE Returns
Ships from Amazon.com
Sold by Mariah Auto LLC

[1]

Add gift options

○ **Sunday, Jun 15**
Fast, FREE Delivery
**FREE Two-Day Delivery with your free trial of Prime**

○ **Wednesday, Jun 18**
FREE Delivery

⦿ **Tuesday, Jun 17**
$6.99 - Delivery

○ **Sunday, Jun 15**
$10.06 - Two Day Delivery

Congratulations Jennifer, you are eligible for 30 days of Prime for $0!

[Try Prime free]

[Place your order]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $37.22
Shipping & handling: $6.99
Estimated tax to be collected: $4.64
**Order total: $48.85**

[Place your order]  **Order total: $48.85**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

Back to top

English  United States  Help

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates